**Dismissed and Opinion Filed August 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00207-CV**
_____

**GUADALUPE SANCHEZ, Appellant**
**V.**
**ARTHUR HOFISI, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-00084**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

Before the Court is appellant Guadalupe Sanchez's August 27, 2024 motion to voluntarily dismiss this appeal. In the motion, appellant informs the Court that he no longer desires to seek any relief from this Court. Appellee Arthur Hofisi has not filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Our review indicates that a dismissal would not prevent appellee from seeking any relief to which he would otherwise be entitled. *See id.*

Accordingly, we grant appellant's motion and dismiss this appeal.


230207f.p05

/Emily Miskel/
EMILY A. MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GUADALUPE SANCHEZ,
Appellant

No. 05-23-00207-CV      V.

ARTHUR HOFISI, Appellee

On Appeal from the 303rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-00084.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee ARTHUR HOFISI recover his costs of this
appeal from appellant GUADALUPE SANCHEZ.

Judgment entered this 30th day of August, 2024.